ALICE CAMPOS MERCADO, Bar No. 4555
TODD R. ALEXANDER, Bar No. 10846
SARAH M. MOLLECK, Bar No. 13830
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net; tra@lge.net; smm@lge.net

Attorneys for Defendant
*White Pine County Hospital District dba*
*William Bee Ririe Hospital & Clinic*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW MUNDWILLER,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BEE RIRIE HOSPITAL AND RURAL CLINIC and DOES I-X,<br><br>Defendants. | **Case No. 3:19-cv-00008 MMD-CBC**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, that the above-entitled matter may be dismissed with prejudice, the parties to bear their respective costs and attorney's fees.

| | |
|---|---|
| DATED this 1st day of April, 2019 | DATED this 1st day of April, 2019 |
| LAW OFFICES OF MARK MAUSERT<br>729 Evans Avenue<br>Reno, Nevada 89512 | LEMONS, GRUNDY & EISENBERG<br>6005 Plumas Street, Suite, Suite 300<br>Reno, NV 89519 |
| By: *s/ Mark Mausert*<br>    MARK MAUSERT<br><br>Attorneys for Plaintiff | By: *s/ Alice Campos Mercado*<br>    ALICE CAMPOS MERCADO<br><br>Attorneys for Defendant |

LEMONS, GRUNDY
& EISENBERG
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519
(775) 786-6868

## ORDER

Pursuant to the above stipulation, and good cause appearing,

**IT IS ORDERED** that the within Stipulation for Dismissal is hereby approved and the above-entitled matter may be, and is hereby dismissed with prejudice, the parties to bear their respective fees and costs.

DATED: April 1, 2019

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

LEMONS, GRUNDY & EISENBERG
6005 PLUMAS ST.
THIRD FLOOR
RENO, NV 89519
(775) 786-6868